IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LEO T. SAMUEL III,

Plaintiff,

v. 2:26-CV-088-Z-BR

CONNIE OGLA,

Defendant.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's claims for failure to prosecute and comply with Court orders. ECF No. 8. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. This case is **DISMISSED** without prejudice.

**SO ORDERED.**

August 7, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE